In the Matter of the Claim of HENRY KOHLS, SR., Appellant, against J. J. BELOTTE & SON CONSTRUCTION COMPANY and AMERICAN MUTUAL LIABILITY

INSURANCE COMPANY, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Decision reversed, in the interest of justice, with costs against the State Industrial Board, and matter remitted to the Industrial Board for further consideration. The record fails to disclose that the accident to the right arm which claimant sustained resulted in any loss of use of the arm. Hill, P. J., Crapser, Bliss and Foster, JJ., concur; Heffernan, J., dissents, and votes to affirm.